AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>BRIAN PRELLER<br><br>_____<br>Defendant | ) Case: 1:22–mj–00184<br>) Assigned To : Magistrate Judge Meriweather, Robin M.<br>) Assign. Date : 8/16/2022<br>) Description: Complaint w/ Arrest Warrant<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BRIAN PRELLER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 231(a)(3)
18 U.S.C. § 1752(a)(1)(Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)

Date: 08/16/2022

City and state: Washington D.C.

2022.08.16
17:08:33 -04'00'

*Issuing officer's signature*

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08/18/2022, and the person was arrested on *(date)* 08/24/2022
at *(city and state)* Hardwick, VT.

Date: 08/24/2022

*Arresting officer's signature*

Special Agent [REDACTED]
*Printed name and title*